| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____   Chapter  **11** |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **ASAP Highline Ocala, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **92-0380580** |
| 4. | **Debtor's address** | **Principal place of business** <br><br> **3 Linda Drive** <br> **Suffern, NY 10901** <br> Number, Street, City, State & ZIP Code <br><br> **Rockland** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> **4039 NW Blitchton Road, Ocala, FL 34482** <br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 1

Debtor **ASAP Highline Ocala, LLC** Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__**5311**__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Debtor **ASAP Highline Ocala, LLC**     Case number (*if known*)
     Name

List all cases. If more than 1, attach a separate list

| | | | | **Affiliated Debtor** |
|---|---|---|---|---|
| Debtor | **Oaktree Ocala JV, LLC** | Relationship | | |
| District | **Southern District of New York** | When | Case number, if known | |

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes.  Insurance agency _____
  Contact name _____
  Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**  *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **ASAP Highline Ocala, LLC**     Case number (*if known*)
  Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 29, 2025**
                 MM / DD / YYYY

**X**   */s/ Raphael C. Milstein*            **Raphael C. Milstein**
Signature of authorized representative of debtor     Printed name

Title    **Authorized Signatory**

**18. Signature of attorney**

**X**   */s/ Kenneth M. Lewis*           Date **July 29, 2025**
Signature of attorney for debtor                      MM / DD / YYYY

**Kenneth M. Lewis**
Printed name

**Whiteford, Taylor & Preston L.L.P.**
Firm name

**444 Madison Avenue**
**4th Floor**
**New York, NY 10022**
Number, Street, City, State & ZIP Code

Contact phone   **(914) 761-8400**     Email address   **klewis@whitefordlaw.com**

**2107308 NY**
Bar number and State

**Bankruptcy Cases Being Filed by the Debtor and Affiliate of the Debtor**

Each of the entities below (collectively, the "Debtors") are filing a petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York. The Debtors will move for joint administration of these cases under the case number assigned to the chapter 11 case of Oaktree Ocala JV, LLC.

- Oaktree Ocala JV, LLC,
- ASAP Highline Ocala, LLC

# WRITTEN CONSENT OF THE SOLE MEMBER AND MANAGER
## OF ASAP HIGHLINE OCALA, LLC

The undersigned, consisting of the sole member (the "Member") and the manager (the "Manager") of ASAP Highline Ocala, LLC (the "Company") do hereby consent to, adopt, and approve the following resolutions and each and every action effected thereby.

RESOLVED, that, in the judgment of the Manager, and as agreed to by the Member, it is desirable and in the best interests of the Company, its creditors, employees, and other interested parties that a petition be filed by the Company seeking relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and it is further

RESOLVED, that Raphael C. Milstein, and any other person designated and authorized to act by him (each, an "Authorized Person") are hereby authorized and empowered, in the name and on behalf of the Company, to execute and verify the petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of New York, at such time as the Authorized Person executing the petition shall determine; and it is further

RESOLVED, that Raphael C. Milstein, and any other Authorized Person, are hereby authorized on behalf of the Company to execute and file all petitions, schedules, motions, lists, applications, and other documents, and to take any and all actions which they deem necessary or proper in connection with such proceedings under chapter 11 of the Bankruptcy Code; and it is further

RESOLVED, that the Company is authorized to employ the law firm of Whiteford, Taylor & Preston L.L.P., 444 Madison Avenue, 4th Floor, New York, NY 10022, to represent the Company in the Company's chapter 11 case, and any other legal counsel, accountants, financial advisors, restructuring advisors, or other professionals any Authorized Person deems necessary, appropriate or advisable; each to represent and assist the Company in carrying out its duties and responsibilities and exercising its rights under the Bankruptcy Code and any applicable law; and be it further

RESOLVED, that each Authorized Person is authorized and empowered to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain such services, and ratifies any and all prior actions taken in connection therewith in their entirety; and it is further

RESOLVED, that any and all past actions heretofore taken by Raphael C. Milstein, in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved; and it is further.

RESOLVED, that to the extent required under the organizational documents of the Company, members of the Company have received sufficient notice of the actions by the foregoing resolutions; and it is further

   RESOLVED, that this consent may be executed in two or more counterparts (including by DocuSign, facsimile, portable document format (.pdf) or other electronic means) and all so executed counterparts shall constitute one consent notwithstanding that all the signatories hereto are not signatories to the same counterpart.

[Remainder of page intentionally left blank.]

Executed this 28th day of July, 2025

**MEMBER**:

**OAKTREE OCALA JV LLC**,
a Florida limited liability company

By: _____
Name: Maksim Shchegolevsky
Title: Authorized Signatory


By: _____
Name: Raphael C. Milstein
Title: Authorized Signatory


**MANAGER**:

**ARIZAL HREP GP 138, LLC**,
a Florida limited liability company

By: _____
Name: Maksim Shchegolevsky
Title: Authorized Signatory


By: _____
Name: Raphael C. Milstein
Title: Authorized Signatory

Executed this 28th day of July, 2025

**MEMBER**:

**OAKTREE OCALA JV LLC**,
a Florida limited liability company

By: _____
Name: Maksim Shchegolevsky
Title: Authorized Signatory

By: _____
Name: Raphael C. Milstein
Title: Authorized Signatory

**MANAGER**:

**ARIZAL HREP GP 138, LLC**,
a Florida limited liability company

By: _____
Name: Maksim Shchegolevsky
Title: Authorized Signatory

By: _____
Name: Raphael C. Milstein
Title: Authorized Signatory

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **ASAP Highline Ocala, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **July 29, 2025**       x   */s/ Raphael C. Milstein*
Signature of individual signing on behalf of debtor

**Raphael C. Milstein**
Printed name

**Authorized Signatory**
Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | ASAP Highline Ocala, LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Andrew T. and Jose Miquel<br>4039 NW Blitchton Rd<br>Lot 65<br>Ocala, FL 34475-6763 | | Unsecured Trade Payable | Disputed | | | $50,000.00 |
| Capital Premium<br>12235 South 800 East<br>Draper, UT 84020 | | Unsecured Trade Payable | | | | $33,808.67 |
| Kimley-Horn<br>2035 Maywill Street<br>Suite 200<br>Richmond, VA 23230 | | Unsecured Trade Payable | | | | $10,447.96 |
| Sakab Designs<br>2372 McDonald Avenue<br>Brooklyn, NY 11223 | | Unsecured Trade Payable | | | | $5,000.00 |
| Florida Department of Revenue<br>14107 NW US Hwy 441<br>Suite 100<br>Alachua, FL 32615 | | Salex Tax Claim | | | | $4,283.56 |
| Alexis Belsoeur | | Employee Wage Claim | | | | $2,675.40 |
| US Water Services Corporation<br>US Water Operator<br>4939 Cross Bayou Blvd.<br>New Port Richey, FL 34652 | | Utility Claim | | | | $2,555.31 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 1

Debtor **ASAP Highline Ocala, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Florida Express Waste and Recy** 460 NW 52nd Ave Ocala, FL 34482 | | **Utility Claim** | | | | $2,469.31 |
| **Demetrius Wilkerson** | | **Employee Wage Claim** | | | | $1,462.00 |
| **Rita Ravenscraft** | | **Employee Wage Claim** | | | | $1,200.00 |
| **Holly Rice** | | **Employee Wage Claim** | | | | $1,200.00 |
| **Ronnie Deeb** | | **Employee Wage Claim** | | | | $1,151.25 |
| **Marion County Tax Collector** 14107 NW US Hwy 441 Suite 100 Alachua, FL 32615-6390 | | **Property Tax** | | | | $1,074.13 |
| **John Martin** | | **Employee Wage Claim** | | | | $1,072.50 |
| **John Babett** | | **Employee Wage Claim** | | | | $1,023.75 |
| **Marion County Tax Collector** 14107 NW US Hwy 441 Suite 100 Alachua, FL 32615-6390 | | **Property Tax** | | | | $986.39 |
| **Massey Services, Inc.** **Massey Pest Control** P.O. Box 547668 Orlando, FL 32854-7668 | | **Unsecured Trade Payable** | | | | $386.75 |

# United States Bankruptcy Court
### Southern District of New York

In re   **ASAP Highline Ocala, LLC**
Debtor(s)

Case No.
Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Oaktree Ocala JV, LLC**<br>**3 Linda Drive**<br>**Suffern, NY 10901** | | | 100% |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Authorized Signatory** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **July 29, 2025**

Signature   */s/ Raphael C. Milstein*
**Raphael C. Milstein**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of New York

In re  **ASAP Highline Ocala, LLC**                                      Case No. _____
                          Debtor(s)                                       Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **ASAP Highline Ocala, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Oaktree Ocala JV, LLC**
**3 Linda Drive**
**Suffern, NY 10901**

☐ None [*Check if applicable*]

| | |
|---|---|
| **July 29, 2025** | */s/ Kenneth M. Lewis* |
| Date | **Kenneth M. Lewis** |
| | Signature of Attorney or Litigant |
| | Counsel for **ASAP Highline Ocala, LLC** |
| | **Whiteford, Taylor & Preston L.L.P.** |
| | **444 Madison Avenue** |
| | **4th Floor** |
| | **New York, NY 10022** |
| | **(914) 761-8400** |
| | **klewis@whitefordlaw.com** |